Service of Process Transmittal Form
Boston, Massachusetts

10/06/2004

Via Federal Express (2nd Day)

*Betsy Petrozelli*

TO:   Myrna Goodrich, U19A Paralegal
      Aetna, Inc.
      PO Box 1109
      980 Jolly Road
      Blue Bell, PA 19422-0000

*CT2004020849*

RE:   **PROCESS SERVED IN MASSACHUSETTS**

FOR   U.S. Healthcare, Inc. Domestic State: Ma
      True Name: Aetna Health Inc.

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION: The General Hospital Corporation, Pltf. vs US Health Care Inc., Deft.

2. DOCUMENT(S) SERVED: Third-Party Summons and Complaint, Assented to Motion to File Third Party Complaint, Notice of Motion Hearing, Interrogatories, Request for Production of Documents

3. COURT: Commonwealth of Massachusetts, Boston Municipal Court
   Case Number 000965

4. NATURE OF ACTION: Failure to pay for medical care.

5. ON WHOM PROCESS WAS SERVED: CT Corporation System, Boston, Massachusetts

6. DATE AND HOUR OF SERVICE: By Certified mail on 10/06/2004 with Postmarked Date 10/05/2004

7. APPEARANCE OR ANSWER DUE: Within 20 Days

8. ATTORNEY(S): Wayne A. Perkins, Esq.
   403 Higland Avenue
   Somerville, MA 02144

9. REMARKS:

SIGNED   CT Corporation System
PER      Yvette Concepcion
ADDRESS  101 Federal Street
         Boston, MA 02110
         SOP WS 0006668142

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

WAYNE A. PERKINS, P.C.
(A PROFESSIONAL CORPORATION)
403 HIGHLAND AVENUE
SOMERVILLE, MASSACHUSETTS 02144
617-628-1117 • TELECOPIER: 617-666-2720
OUTSIDE GREATER BOSTON 1-800-248-6692

October 5, 2004

C.T. Corporation
101 Federal Street
Boston, MA 02110

ATTN: Agent For Service of Process

RE: The General Hospital Corporation v. Diana Gaeta a/k/a Diana Mae Gaeta v. Aetna Health, Inc. f/k/a Aetna U.S. Health Care, Inc. f/k/a U.S. Health Care, Inc.
Boston Municipal Court Docket No: 000965A of 2003 and 00965 of 2003

Dear Sir or Madam:

Please be advised that this office represents the interests of Diana Gaeta a/k/a Diana Mae Gaeta with respect to the above-entitled matter. I enclose herewith the following documents for your review and acceptance of service:

1. Third Party Complaint;
2. Third Party Summons;
3. Assented To Motion To File Third Party Complaint;
4. Notice of Motion Hearing - 10/5/04;
5. Interrogatories;
6. Request For Production of Documents.

Thank you for your attention to this matter.

Very truly yours,

Wayne A. Perkins

WAP/sd
Enclosure

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CIVIL BUSINESS

SUFFOLK, SS.                                        CIVIL NO.  000965 of 2003
                                                               000965A of 2003

The General Hospital Corporation ........................, Plaintiff(s)

Diana Gaeta a/k/a Diana Mae Gaeta ......................, Defendant(s) and
                                                          Third-Party Plaintiff(s)
Aetna Health, Inc. f/k/a Aetna U.S.
Health Care, Inc. f/k/a U.S. Health
Care, Inc. .............................................., Third Party
                                                          Defendant(s)

# THIRD-PARTY SUMMONS

To the above-named Third-Party Defendant:

You are hereby summoned and required to serve upon  Erika Soong, Esq.

plaintiff's attorney, whose address is  One Center Plaza, Boston, MA 02108

and upon  Wayne A. Perkins, Esq. , who is attorney for Diana Gaeta a/k/a Diana Mae Gaeta

defendant and third-party plaintiff, and whose address is  403 Highland Avenue, Somerville, MA 02144

a copy of your answer to the third-party complaint which is herewith served upon you, within twenty (20) days after service of this summons, exclusive of the day of service. You are also required to file your answer to the third-party complaint in the Office of the Clerk/Magistrate of this Court either before service upon plaintiff's attorney and the third-party plaintiff's attorney, or within five (5) days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for relief demanded in the third-party complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the third-party plaintiff which arises out of the transaction or occurrence that is the subject matter of the third-party plaintiff's claim or you will be thereafter barred from making such claim in any other action. There is also served upon you herewith a copy of the complaint of the plaintiff which you may but are not required to answer.

WITNESS, **CHARLES R. JOHNSON**, Esquire, at Boston aforesaid, the  23rd

day of  September  in the year of our Lord two thousand and  four

                                                        *Daniel J. Hogan*
                                                        CLERK / MAGISTRATE

NOTES.
(1)   When more than one third-party defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

*[Side margin: NOTICE TO THIRD-PARTY DEFENDANT - YOU NEED NOT APPEAR PERSONALLY IN COURT TO ANSWER THE THIRD-PARTY COMPLAINT, BUT IF YOU CLAIM TO HAVE A DEFENSE, EITHER YOU OR YOUR ATTORNEY MUST SERVE A COPY OF YOUR WRITTEN ANSWER WITHIN TWENTY (20) DAYS AS SPECIFIED HEREIN AND ALSO FILE THE ORIGINAL IN THE CLERK/MAGISTRATE'S OFFICE.]*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                    BOSTON MUNICIPAL COURT
                                                                DOCKET NO: 000965 of 2003
                                                                000965A

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION,<br>  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| DIANA GAETA a/k/a DIANA MAE GAETA,<br>  Defendant/Third-Party Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| AETNA HEALTH, INC. f/k/a AETA U.S.<br>HEALTHCARE, INC. f/k/a U.S. HEALTH<br>CARE, INC.<br>  Third-Party Defendant | )<br>)<br>)<br>) |

## *THIRD-PARTY COMPLAINT*

1.  The Plaintiff, The General Hospital Corporation, has filed suit against the Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, a copy of said Complaint is attached hereto and marked Exhibit "A".

2.  The Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, has denied said liability and further contends that the Third-Party Defendant is contractually obligated to pay any indebtedness to the Plaintiff, The General Hospital Corporation, under its then existing Health Insurance Policy.

3.  The Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, at all times material hereto, was the spouse of Robert Gaeta, both of whom were insured for medical care and treatment by the Third-Party Defendant, "Aetna", and therefore the Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta was a third-party beneficiary to said insurance contract and should have been covered.

4.  The Third-Party Defendant, Aetna, contractually had an obligation to pay for the medical care and treatment rendered to Diana Mae Gaeta from September 26, 1998 and subsequent thereto at the Massachusetts General Hospital (The General Hospital Corporation) and in violation of the contractual obligation to do so, have failed to do so.

5. The Third-Party Defendant, Aetna, transacts the business of health insurance in the Commonwealth of Massachusetts, Suffolk County, and is liable to pay for any and all outstanding medical bills pursuant to their contract of insurance, incurred by the Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta.

WHEREFORE, the Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, demands contribution from the Third-Party Defendant, Aetna, for all or part of any judgment awarded the Plaintiff, The General Hospital Corporation, plus costs and interest.

### *Jury Demand*

The Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, demands a trial by jury on all issues.

Diana Gaeta a/k/a Diana Mae Gaeta,
By her Attorney,

_____
Wayne A. Perkins, Esq.
403 Highland Avenue
Somerville, MA 02144
(617)628-1117
B.B.O. No: 394740

DATE: September 14, 2004

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                          BOSTON MUNICIPAL COURT
                                                      DOCKET NO: 000965
                                                      000965A

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION, <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| DIANA GAETA a/k/a DIANA MAE GAETA, <br> Defendant/Third-Party Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| AETNA HEALTH, INC. f/k/a AETA U.S. <br> HEALTHCARE, INC. f/k/a U.S. HEALTH <br> CARE, INC. <br> Third-Party Defendant | ) <br> ) <br> ) <br> ) |

### *STATEMENT OF DAMAGES*

The Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta, in this action asserts under the pains and penalties of perjury that the money damages sought by means of a Third-Party Complaint are those damages asserted by the Plaintiff, The General Hospital Corporation, in the amount of Sixty-Two Thousand Two Hundred Ninety Dollars ($62,290.31) 31/100.

                                                       Diana Gaeta a/k/a Diana Mae Gaeta,
                                                      By her Attorney,

                                                      Wayne A. Perkins, Esq.
                                                      403 Highland Avenue
                                                      Somerville, MA 02144
                                                      (617)628-1117
                                                      B.B.O. No: 394740

DATE: September 14, 2004

**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
FRANK CAMPBELL JR. *
JOSEPH M. CODEGA ○·
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *
BRADLEY F. GANDRUP JR. *•
ANNE-MARIE H. GERBER +

ROBERT P. LA HAIT
ADERONKE O. LIPEDE
AMY CASHORE MARIANI *
SUSAN M. MORRISON
MARK A. NEWCITY △
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
JEFFREY F. RICHARDSON▼·
KIMBERLY K. STOLL
ELLEN R. TANOWITZ •·
DAVID JON VOLKIN

RHODE ISLAND OFFICE

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

* OF COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA
△ ALSO ADMITTED IN CONNECTICUT
• ALSO ADMITTED IN NEW YORK

† ALSO ADMITTED IN NEW HAMPSHIRE
○ ONLY ADMITTED IN RHODE ISLAND
▼ ALSO ADMITTED IN RHODE ISLAND

November 2, 2004

**VIA HAND DELIVERY**

Clerk for Civil Business
U.S.D.C. for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

04 12331 RWZ

Re:   General Hospital Corporation v. Diana Gaeta v. Aetna Health US Healthcare, Inc.
      U.S.D.C. for the District of Massachusetts; Civil Action No. (Unassigned)

Dear Sir or Madam:

Please find enclosed the following documents submitted for filing in the above-noted matter:

1.   Notice of Removal (and copy for certification);

2.   Check in the amount of $150.00 (filing fee); and

3.   Civil Action Cover Sheet.

Please certify the enclosed copy of the Notice of Removal and return it in the self-addressed stamped envelope I have provided. It will then be filed with the Boston Municpal Court to authorize the transfer of the file from there to this court. Thank you for your attention to this matter. Please do not hesitate to call me if you have any questions or concerns.

Sincerely,

Adam J. Foss,
Paralegal

Enclosures
cc:   Wayne Perkins, Esq.
      Erica Soong, Esq.
      Ms. Betsy Petrozelli