- Qualifies as a Skilled Nursing Facility and a Provider under Medicare; or
- Specializes in the diagnosis and treatment of Mental Disorders, including Alcoholism and Drug Abuse.

## Payment Limits

These limits apply only to Covered Medical Expenses which are payable at a rate greater than 50% and not applied against any deductible or copay amount.

Mental Nervous expenses will continue to be paid at 80% even when the Payment Limit has been met. Also, charges for Mental Nervous expenses will not be applied toward the Payment Limit.

They do not apply to Covered Medical Expenses which are payable at a reduced rate because of a failure to obtain any necessary certification.

### Payment Limit Which Applies to Expenses For a Person

When a person's Covered Medical Expenses for which no benefits are paid because of the Payment Percentage reach $ 1,000 in a calendar year, benefits will be payable at 100% for all of his or her Covered Medical Expenses to which this limit applies and which are incurred in the rest of that calendar year, except those for Non-Preferred Care. When the amount reaches $ 3,000, then benefits will be payable at 100% for all of his or her Covered Medical Expenses to which this limit applies and which are incurred in the rest of that calendar year, including those for Non-Preferred Care.

### Payment Limit Which Applies to Expenses For a Family

When a family's Covered Medical Expenses for which no benefits are paid because of the Payment Percentage reach $ 3,000, in a calendar year, benefits will be payable at 100% for all of their Covered Medical Expenses to which this limit applies and which are incurred in the rest of that calendar year, except those for Non-Preferred Care. When the amount reaches $ 9,000, then benefits will be payable at 100% for all of their Covered Medical Expenses to which this limit applies and which are incurred in the rest of that calendar year, including those for Non-Preferred Care.

GAETA023


10/13/04

## Benefits and Benefit Maximums
(Read the coverage section in your Booklet for a complete description of the benefits available.)

*Maximum Convalescent Period*

The first 60 days of convalescent facility confinement.

*Home Health Care*
   Maximum Visits

40 per calendar year

*Routine Physical Exam*

See Booklet

*Prescription Drugs*

Subject to limitations below:

Charges for a generic drug or medicine which by law requires a physician's prescription. A generic drug or medicine is one which:

- is produced and sold under the chemical name or a shortened version;
- approved by the U.S. Food and Drug Administration as safe and effective;
- is produced after the original patent expires;
- is produced by a company different from the one that first patented the chemical formulation; and
- costs less than the product produced by the company that first patented the chemical formulation.

Not included is any charge for generic drugs or medicines prescribed to treat a mental disorder of a person who is not confined in a **hospital** as an inpatient. Such charge shall be included as a Covered Medical Expense on the same basis as any other charge for such treatment.

*Diagnostic Laboratory and X-Ray Benefits*

Maximum of up to $500 each accident, and $500 for each illness per calendar year

*Supplementary Accident Maximum*

$ 300 per calendar year (for expenses incurred within 90 days of accident; includes Ambulance expenses). Excess is subject to Calendar Year Deductible and Coinsurance, when applicable.

*Spinal Disorder Treatment*

This is treatment of Covered Medical Expenses incurred for manipulative (adjustive) treatment; or other physical treatment of any condition caused by or related to biomechanical or nerve conduction disorders of the spine.

*Private Room Limit*

The institution's semiprivate rate. Charges for a Private Room are covered only if necessary, as determined by Aetna.

GAETA024


10/13/04

*Lifetime Maximum Benefit:*          $ 1,000,000

This is the most that will be payable for any person in his or her lifetime  It may be reinstated in full when $ 1,000 or more is charged against it.  Evidence of good health acceptable to Aetna must be provided at your expense.  The above will not provide benefits for Covered Medical Expenses incurred before the date the Lifetime Maximum Benefit is reinstated.

---

**Pregnancy Coverage**

*Health Expense Coverage:*  Benefits are payable for pregnancy-related expenses of female employees and dependents on the same basis as for disease.  Normally, the expenses must be incurred while the person is covered under this Plan.  If expenses are incurred after the coverage ceases, they will be considered for benefits only if satisfactory evidence is furnished to Aetna that the person has been totally disabled since her coverage terminated.

*Prior Plans* :  any pregnancy benefits payable by previous group health coverage will be subtracted from health benefits payable for the same expenses under this Plan.

---

**Sterilization Coverage**

*Health Expense Coverage:*  Benefits are payable for charges made in connection with any procedure performed for sterilization of a person, including voluntary sterilization, on the same basis as for a disease.

---

# Adjustment Rule

If for any reason a person is entitled to a different amount of coverage, coverage will be adjusted as provided elsewhere in the plan document on file with your Employer.  Any increase is subject to any active work rule described in Effective Date of Coverage.

Benefits for claims incurred after the date the adjustment becomes effective are payable in accordance with the revised plan provisions.  In other words, there are no vested rights to benefits based upon provisions of this Plan in effect prior to the date of any adjustment.

---

# General

This Summary of Coverage replaces any Summary of Coverage previously in effect under your plan of health benefits.  Requests for coverage other than that to which you are entitled in accordance with this Summary of Coverage cannot be accepted.

**KEEP THIS SUMMARY OF COVERAGE
WITH YOUR BOOKLET**

GAETA025

10/13/04



# Effect of Benefits Under Other Plans

## Other Plans Not Including Medicare

Some persons have health coverage in addition to coverage under this Plan. When this is the case, the benefits from "other plans" will be taken into account. This may mean a reduction in benefits under this Plan. The combined benefits will not be more than the expenses recognized under these plans.

In a calendar year, this Plan will pay:

- its regular benefits in full; or
- a reduced amount of benefits. To figure this amount, subtract **B.** from **A.** below:

   **A.** 100% of "Allowable Expenses" incurred by the person for whom claim is made.
   **B.** The benefits payable by the "other plans". (Some plans may provide benefits in the form of services rather than cash payments. If this is the case, the cash value will be used.)

"Allowable Expenses" means any **necessary** and reasonable health expense, part or all of which is covered under any of the plans covering the person for whom claim is made. Not included is any expense listed in General Exclusions.

To find out whether Aetna will reduce its regular benefits, the order in which the various plans will pay benefits must be figured. This will be done as follows:

1. A plan with no rules for coordination with other benefits will be deemed to pay its benefits before a plan which contains such rules.
2. A plan which covers a person other than as a dependent will be deemed to pay its benefits before a plan which covers the person as a dependent.
3. Except in the case of a dependent child whose parents are divorced or separated: the plan which covers the person as a dependent of a person whose birthday comes first in a calendar year will be primary to the plan which covers the person as a dependent of a person whose birthday comes later in that calendar year. If the other plan does not have this provision regarding birthdays, then the rule set forth in that plan will determine the order of benefits.
4. In the case of a dependent child whose parents are divorced or separated:

   a. If there is a court decree which should establish financial responsibility for the medical, dental or other health care expenses with respect to the child, the benefits of a plan which covers the child as a dependent of the parent with such financial responsibility shall be determined before the benefits of any other plan which covers the child as a dependent child.

   GAETA026

   b. If there is not such a court decree:

   If the parent with custody of the child has not remarried, the benefits of a plan which covers the child as a dependent of the parent with custody of the child will be determined before the benefits of a plan which covers the child as a dependent of the parent without custody.

If the parent with custody of the child has remarried, the benefits of a plan which covers the child as a dependent of the parent with custody shall be determined before the benefits of a plan which covers that child as a dependent of the stepparent. The benefits of a plan which covers that child as a dependent of the stepparent will be determined before the benefits of a plan which covers that child as a dependent of the parent without custody.

5. If 1, 2, 3 and 4 above do not establish an order of payment, the plan under which the person has been covered for the longest will be deemed to pay its benefits first.

In order to administer this provision, Aetna can release or obtain data. Aetna can also make or recover payments.

## Other Plan

This means any other plan of health expense coverage under:

- Group insurance.
- Any other type of coverage for persons in a group. This includes plans that are insured and those that are not.
- No-fault auto insurance required by law and provided on other than a group basis. Only the level of benefits required by the law will be counted.

# Effect of A Health Maintenance Organization Plan (HMO Plan) On Coverage

If you are in an Eligible Class and have chosen coverage under an HMO Plan offered by your Employer, the following applies:

- If the HMO Plan provides medical coverage, you will be excluded from medical expense coverage on the date of your coverage under such HMO Plan.
- If the HMO Plan provides dental coverage, you will be excluded from dental expense coverage on the date of your coverage under such HMO Plan.

If you are in an Eligible Class and are covered under an HMO Plan, you can choose to change to coverage for yourself and your covered dependents under this Plan. If you:

- Live in an HMO Plan enrollment area and choose to change coverage during an open enrollment period, coverage will take effect on the first day of the contract period which follows the open enrollment period. You will not have to give evidence of good health. There will be no rules for waiting periods or preexisting conditions.
- Live in an HMO Plan enrollment area and choose to change coverage when there is not an open enrollment period, coverage will take effect only if and when Aetna gives its written consent.
- Move from an HMO Plan enrollment area, or if the HMO discontinues, no evidence of good health is needed if you choose to change coverage within 31 days of the move or the discontinuance. There will be no restrictions for waiting periods or preexisting conditions. If you choose to change coverage after 31 days, coverage will take effect only if and when the Aetna gives its written consent.

Any extensions of benefits under this Plan for disability or pregnancy will not always apply on and after the date of a change to an HMO Plan providing medical coverage. They will apply only if the person is not covered at once under the HMO Plan because he or she is in a hospital not affiliated with the HMO. If you give evidence that the HMO Plan provides an extension of benefits for disability or pregnancy, coverage under the Plan

GAETA

Plan will be extended. The extension will be for the same length of time and for the same conditions as the HMO Plan provides. It will not be longer than the first to occur of:

- the end of a 90 day period; and
- the date the person is not confined.

Any extension of dental benefits under this Plan will not apply on or after the date of a change to an HMO Plan.

No benefits will be paid for any charges for services rendered or supplies furnished under an HMO Plan.

# Effect of Medicare

Medical Expense Coverage under this Plan will be changed for any person while eligible for Medicare.

A person is "eligible for Medicare" if he or she:

- is covered under it;
- is not covered under it because of:

    having refused it;
    having dropped it; or
    having failed to make proper request for it.

These are the changes:

- This Plan will pay:

    its full benefits; or
    a reduced amount.

- The amount this Plan will pay will be figured so that this amount, plus the benefits under Medicare, will equal 100% of "Plan Expenses". "Plan Expenses" means any necessary and reasonable health expenses, part or all of which is covered under this Plan.
- Charges used to satisfy a person's Part B deductible under Medicare will be applied under this Plan in the order received by Aetna. Two or more charges received at the same time will be applied starting with the largest first.
- Medicare benefits will be taken into account for any person while he or she is eligible for Medicare. This will be done whether or not he or she is entitled to Medicare benefits.
- Any rule for coordinating "other plan" benefits with those under this Plan will be applied after this Plan's benefits have been figured under the above rules.
- Any benefits under Medicare will not be deemed to be an "Allowable Expenses".

GAETA028

If it is necessary in order to administer this provision, Aetna has the right to:

> release or obtain data; and
> make or recover any payments.

Coverage will not be changed at any time when your Employer's compliance with federal law requires this Plan's benefits for a person to be determined before benefits are available under Medicare.

# Effect of Prior Coverage

If the coverage of any person under any part of this Plan replaces any prior coverage of the person, the rules below apply to that part.

"Prior coverage" is any plan of group accident and health coverage that has been replaced by coverage under part or all of this Plan. It must have been sponsored by your Employer. The replacement can be complete or in part for the Eligible Class to which you belong. Any such plan is prior coverage if provided by another group contract or any benefit section of this Plan.

Coverage under any section of this Plan will be in exchange for all privileges and benefits provided under any like prior coverage. Any benefits provided under such prior coverage may reduce benefits payable under this Plan.

GAETA029

# General Information About Your Coverage

**Termination of Coverage**

Coverage under this Plan terminates at the first to occur of:

- When employment ceases.
- When the group contract terminates as to the coverage.
- When you are no longer in an Eligible Class. (This may apply to all or part of your coverage.)
- When you fail to make any required contribution.

Ceasing active work will be deemed to be cessation of employment. If you are not at work due to one of the following employment may be deemed to continue up to the limits shown below.

If you are not at work due to disease or injury, your employment may continue until stopped by your Employer, but not beyond 30 months from the start of the absence.

If you are not at work due to temporary lay-off, your employment may continue until stopped by your Employer, but not beyond the end of the calendar month after the calendar month in which the absence started.

***Approved Medical Leave of Absences***: Your coverage will be continued during the period in which you remain on an approved leave, until the date the Plan terminates as to the coverage.

***Work Stoppage by any group except Pilots***: Your coverage in force on the day prior to the work stoppage will be continued for the duration of the work stoppage, until the date the Plan terminates as to the coverage.

***Furlough***: Your coverage will be continued until the date the Plan terminates as to the coverage, but in no event will the coverage be continued from more than:

- 90 days following termination of active work if furloughed with less than 12 years of service; or
- one year following termination of active work if furloughed with 12 or more years of service as a Pilot or Flight Engineer. This coverage will be discontinued if you obtain coverage as a result of obtaining other employment.

***Work Stoppage by Pilots***: Your coverage will be continued during a work stoppage by Pilots only if you make contributions, subject to TWA's approval, for this coverage.

If you cease active work, ask your Employer if any coverage can be continued.

## Dependents Coverage Only

A dependent's coverage will terminate at the first to occur of:

- Termination of all dependents' coverage under the group contract.
- When a dependent becomes covered as an employee.
- When such person is no longer a defined dependent.
- When your coverage terminates.

GAETA030

20

## Handicapped Dependent Children

Health Expense Coverage for your fully handicapped child may be continued past the maximum age for a dependent child if the child has not been issued a personal medical conversion policy.

Your child is fully handicapped if:

- he or she is not able to earn his or her own living because of mental retardation or a physical handicap which started prior to the date he or she reaches the maximum age for dependent children; and
- he or she depends chiefly on you for support and maintenance.

Proof that your child is fully handicapped must be submitted to Aetna no later than 31 days after the date your child reaches the maximum age.

Coverage will cease on the first to occur of:

- Cessation of the handicap.
- Failure to give proof that the handicap continues.
- Failure to have any required exam.
- Termination of Dependent Coverage as to your child for any reason other than reaching the maximum age.

Aetna will have the right to require proof of the continuation of the handicap. Aetna also has the right to examine your child as often as needed while the handicap continues at its own expense. An exam will not be required more often than once each year after 2 years from the date your child reached the maximum age.

## Health Expense Benefits After Termination

If a person is totally disabled when his or her Health Expense Coverage ceases:

Comprehensive Medical Expense benefits will be available to him or her while disabled for up to 12 months, but only for expenses resulting from the disabling condition.

Comprehensive Medical Expense benefits will cease when the person becomes covered under any group plan with like benefits. (This does not apply if his or her coverage ceased because the benefit section ceased as to your Eligible Class.)

The words "totally disabled" mean that due to injury or disease:

- You are not able to engage in your customary occupation and are not working for pay or profit.
- Your dependent is not able to engage in most of the normal activities of a person of like age and sex in good health.

## Type of Coverage

Coverage under this Plan is **non-occupational**. Only **non-occupational** accidental **injuries** and **non-occupational diseases** are covered. Any coverage for charges for services and supplies is provided only if they are furnished to a person while covered.

Conditions that are related to pregnancy may be covered under this Plan. The Summary of Coverage will say if they are.

GAETA031

## Physical Examinations

Aetna will have the right and opportunity to have a physician or dentist of its choice examine any person for whom certification or benefits have been requested. This will be done at all reasonable times while certification or a claim for benefits is pending or under review. This will be done at no cost to you.

## Legal Action

No legal action can be brought to recover under any benefit after 3 years from the deadline for filing claims.

Aetna will not try to reduce or deny a benefit payment on the grounds that a condition existed before a person's coverage went into effect, if the loss occurs more than 2 years from the date coverage commenced. This will not apply to conditions excluded from coverage on the date of the loss.

## Additional Provisions

The following additional provisions apply to your coverage.

- You cannot receive multiple coverage under this Plan because you are connected with more than one Employer.
- In the event of a misstatement of any fact affecting your coverage under this Plan, the true facts will be used to determine the coverage in force.

This document describes the main features of this Plan. Additional provisions are described elsewhere in the Plan Document on file with your Employer. If you have any questions about the terms of this Plan or about the proper payment of benefits, you may obtain more information from your Employer.

Your Employer hopes to continue this Plan indefinitely but, as with all group plans, this Plan may be changed or discontinued as to all or any class of employees.

## Assignments

Coverage may be assigned only with the written consent of Aetna.

## Recovery of Overpayment

If a benefit payment is made by Aetna, to or on behalf of any person, which exceeds the benefit amount such person is entitled to receive in accordance with the terms of the group contract, this Plan has the right:

- to require the return of the overpayment on request; or
- to reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery this Plan may have with respect to such overpayment.

## Reporting of Claims

A claim must be submitted to Aetna in writing. It must give proof of the nature and extent of the loss. Your Employer has claim forms.

All claims should be reported promptly. The deadline for filing a claim for any benefits is 90 days after the date of the loss causing the claim.

GAETA032

If, through no fault of your own, you are not able to meet the deadline for filing claim, your claim will still be accepted if you file as soon as possible. Unless you are legally incapacitated, late claims will not be covered if they are filed more than 2 years after the deadline.

**Payment of Benefits**

Benefits will be paid as soon as the necessary written proof to support the claim is received.

All benefits are payable to you. However, this Plan has the right to pay any health benefits to the service provider. This will be done unless you have told Aetna otherwise by the time you file the claim.

This Plan may pay up to $ 1,000 of any benefit to any of your relatives whom it believes fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release. It can also be done if a benefit is payable to your estate.

**Records of Expenses**

Keep complete records of the expenses of each person. They will be required when a claim is made.

Very important are:

Names of **physicians, dentists** and others who furnish services.
Dates expenses are incurred.
Copies of all bills and receipts.

GAETA033

# Glossary

The following definitions of certain words and phrases will help you understand the benefits to which the definitions apply. Some definitions which apply only to a specific benefit appear in the benefit section. If a definition appears in a benefit section and also appears in the Glossary, the definition in the benefit section will apply in lieu of the definition in the Glossary.

## Birthing Center

This is a freestanding facility that:

- Meets licensing standards.
- Is set up, equipped and run to provide prenatal care, delivery and immediate postpartum care.
- Makes charges.
- Is directed by at least one **physician** who is a specialist in obstetrics and gynecology.
- Has a **physician** or certified nurse midwife present at all births and during the immediate postpartum period.
- Extends staff privileges to **physicians** who practice obstetrics and gynecology in an area hospital.
- Has at least 2 beds or 2 birthing rooms for use by patients while in labor and during delivery.
- Provides, during labor, delivery and the immediate postpartum period, full-time skilled nursing services directed by a **R.N.** or certified nurse midwife.
- Provides, or arranges with a facility in the area for, diagnostic x-ray and lab services for the mother and child.
- Has the capacity to administer a local anesthetic and to perform minor surgery. This includes episiotomy and repair of perineal tear.
- Is equipped and has trained staff to handle medical emergencies and provide immediate support measures to sustain life if complications arise during labor and if a child is born with an abnormality which impairs function or threatens life.
- Accepts only patients with low risk pregnancies.
- Has a written agreement with a hospital in the area for emergency transfer of a patient or a child. Written procedures for such a transfer must be displayed and the staff must be aware of them.
- Provides an ongoing quality assurance program. This includes reviews by **physicians** who do not own or direct the facility.
- Keeps a medical record on each patient and child.

## Board and Room Charges

Charges made by an institution for board and room and other **necessary** services and supplies. They must be regularly made at a daily or weekly rate.

GAETA034

## Skilled Nursing Facility

This is an institution that:

- Is licensed to provide, and does provide, the following on an inpatient basis for persons convalescing from disease or injury:

  professional nursing care by a **R.N.**, or by a **L.P.N.** directed by a full-time **R.N.**; and

  physical restoration services to help patients to meet a goal of self-care in daily living activities,

- Provides 24 hour a day nursing care by licensed nurses directed by a **full-time R.N.**
- Is supervised full-time by a **physician** or **R.N.**
- Keeps a complete medical record on each patient.
- Has a utilization review plan.
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, for mental retardates, for custodial or educational care, or for care of mental disorders.
- Makes charges.

## Custodial Care

This means services and supplies furnished to a person mainly to help him or her in the activities of daily life. This includes board and room and other institutional care. The person does not have to be disabled. Such services and supplies are custodial care without regard to:

- by whom they are prescribed; or
- by whom they are recommended; or
- by whom or by which they are performed.

## Dentist

This means a legally qualified dentist. Also, a **physician** who is licensed to do the dental work he or she performs.

## Directory

This is a listing of all **Preferred Care Providers** for the class of employees of which you are a member. Copies of this Directory are given to your Employer to give to you.

## Effective Treatment of A Mental Disorder

This a program that:

- is prescribed and supervised by a **physician**; and
- is for a disorder that can be favorably changed.

## Emergency Admission

One where the **physician** admits the person to the **hospital** right after the sudden and at that time, unexpected onset of a change in a person's physical or mental condition which:

- requires confinement right away as a full-time **hospital** inpatient; and
- if immediate inpatient care was not given could, as determined by Aetna, reasonably be expected to result in:

  loss of life or limb; or
  significant impairment to bodily function; or
  permanent dysfunction of a body part.

## Emergency Care

This means the first treatment given in a hospital's emergency room right after the sudden and at that time, unexpected onset of a change in a person's physical or mental condition which:

- requires **hospital** level care because:

  the care could not safely and adequately have been provided other than in a **hospital**; or

  adequate care was not available elsewhere in the area at the time and place it was needed; and

GAETA035

- if the **hospital** level care was not given could, as determined by Aetna, reasonably be expected to result in:

  - loss of life or limb; or
  - significant impairment to bodily function; or
  - permanent dysfunction of a body part.

## Emergency Condition

This means the sudden and at that time, unexpected onset of a change in a person's physical or mental condition which, if the procedure or treatment was not performed right away could, as determined by Aetna, reasonably be expected to result in:

- loss of life or limb; or
- significant impairment to bodily function; or
- permanent dysfunction of a body part.

## Home Health Care Agency

This is an agency that:

- mainly provides skilled nursing and other therapeutic services; and
- is associated with a professional group which makes policy; this group must have at least one **physician** and one **R.N.**; and
- has full-time supervision by a **physician** or a **R.N.**; and
- keeps complete medical records on each person; and
- has a full-time administrator; and
- meets licensing standards.

## Home Health Care Plan

This is a plan that provides for care and treatment of a disease or injury. The care and treatment must be:

- prescribed in writing by the attending **physician**; and
- an alternative to confinement in a **hospital** or **convalescent facility.**

## Hospital

This is a place that:

- Mainly provides inpatient facilities for the surgical and medical diagnosis, treatment, and care of injured and sick persons.
- Is supervised by a staff of **physicians.**
- Provides 24 hour a day **R.N.** service.
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, or a nursing home.
- Makes charges.

## L.P.N.

This means a licensed practical nurse.

## Mental Disorder

This is a disease commonly understood to be a mental disorder whether or not it has a physiological or organic basis and for which treatment is generally provided by or under the direction of a mental health professional such as a psychiatrist, a psychologist or a psychiatric social worker. A mental disorder includes; but is not limited to:

- Alcoholism and drug abuse.
- Schizophrenia.
- Bipolar disorder.

GAETA036

- Pervasive Mental Developmental Disorder (Autism).
- Panic disorder.
- Major depressive disorder.
- Psychotic depression.
- Obsessive compulsive disorder.

For the purposes of benefits under this Plan, mental disorder will include alcoholism and drug abuse only if any separate benefit for a particular type of treatment does not apply to alcoholism and drug abuse.

## Necessary

A service or supply furnished by a particular provider is necessary if Aetna determines that it is appropriate for the diagnosis, the care or the treatment of the disease or injury involved.

To be appropriate, the service or supply must:

- be care or treatment, as likely to produce a significant positive outcome as, and no more likely to produce a negative outcome than, any alternative service or supply, both as to the disease or injury involved and the person's overall health condition;
- be a diagnostic procedure, indicated by the health status of the person and be as likely to result in information that could affect the course of treatment as, and no more likely to produce a negative outcome than, any alternative service or supply, both as to the disease or injury involved and the person's overall health condition; and
- as to diagnosis, care and treatment be no more costly (taking into account all health expenses incurred in connection with the service or supply) than any alternative service or supply to meet the above tests.

In determining if a service or supply is appropriate under the circumstances, Aetna will take into consideration:

- information provided on the affected person's health status;
- reports in peer reviewed medical literature;
- reports and guidelines published by nationally recognized health care organizations that include supporting scientific data;
- generally recognized professional standards of safety and effectiveness in the United States for diagnosis, care or treatment;
- the opinion of health professionals in the generally recognized health specialty involved; and
- any other relevant information brought to Aetna's attention.

In no event will the following services or supplies be considered to be necessary:

- those that do not require the technical skills of a medical, a mental health or a dental professional; or
- those furnished mainly for the personal comfort or convenience of the person, any person who cares for him or her, any person who is part of his or her family, any healthcare provider or healthcare facility; or
- those furnished solely because the person is an inpatient on any day on which the person's disease or injury could safely and adequately be diagnosed or treated while not confined; or
- those furnished solely because of the setting if the service or supply could safely and adequately be furnished in a physician's or a dentist's office or other less costly setting.

## Negotiated Charge

This is the maximum charge a **Preferred Care Provider** has agreed to make as to any service or supply for the purpose of the benefits under this Plan.

GAETA

## Non-Occupational Disease

A non-occupational disease is a disease that does not:

- arise out of (or in the course of) any work for pay or profit; or
- result in any way from a disease that does.

A disease will be deemed to be non-occupational regardless of cause if proof is furnished that the person:

- is covered under any type of workers' compensation law; and
- is not covered for that disease under such law.

## Non-Occupational Injury

A non-occupational injury is an accidental bodily injury that does not:

- arise out of (or in the course of) any work for pay or profit; or
- result in any way from an injury which does.

## Non-Preferred Care

This is a health care service or supply furnished by a health care provider that is not a **Preferred Care Provider**; if, as determined by Aetna:

- the service or supply could have been provided by a **Preferred Care Provider**; and
- the provider is of a type that falls into one or more of the categories of providers listed in the **Directory**.

## Non-urgent Admission

One which is not an **emergency admission** or an urgent admission.

## Orthodontic Treatment

This is any:

- medical service or supply; or
- dental service or supply;

furnished to prevent or to diagnose or to correct a misalignment:

- of the teeth; or
- of the bite; or
- of the jaws or jaw joint relationship;

whether or not for the purpose of relieving pain.

Not included is:

- the installation of a space maintainer; or
- a surgical procedure to correct malocclusion.

## Other Health Care

This is a health care service or supply that is neither **Preferred Care** nor **Non-Preferred Care**.

## Physician

This means a legally qualified physician.

GAETA038

## Preferred Care

This is a health care service or supply furnished by:

- a **Preferred Care Provider**; or
- a health care provider that is not a **Preferred Care Provider** for an **emergency condition** when travel to a **Preferred Care Provider** is not feasible.

## Preferred Care Provider

This is a health care provider that has contracted to furnish services or supplies for a **Negotiated Charge**; but only if the provider is, with Aetna's consent, included in the Directory as a Preferred Care Provider for:

- the service or supply involved; and
- the class of employees of which you are member.

## Psychiatric Physician

This is a **physician** who:

- specializes in psychiatry; or
- has the training or experience to do the required evaluation and treatment of mental illness.

## R.N.

This means a registered nurse.

## Reasonable Charge

Only that part of a charge which is reasonable is covered. The reasonable charge for a service or supply is the lower of:

- the provider's usual charge for furnishing it; and
- the charge Aetna determines to be the prevailing charge level made for it in the geographic area where it is furnished.

In determining the reasonable charge for a service or supply that is:

- unusual; or
- not often provided in the area; or
- provided by only a small number of providers in the area;

Aetna may take into account factors, such as:

- the complexity;
- the degree of skill needed;
- the type of specialty of the provider;
- the range of services or supplies provided by a facility; and
- the prevailing charge in other areas.

## Semiprivate Rate

This is the **charge** for **board and room** which an institution applies to the most beds in its semiprivate rooms with 2 or more beds. If there are no such rooms, Aetna will figure the rate. It will be the rate most commonly charged by similar institutions in the same geographic area.

GAETA039

## Surgery Center

This is a freestanding ambulatory surgical facility that:

- Meets licensing standards.

**Urgent Admission**

One where the **physician** admits the person to the **hospital** due to:

- the onset of or change in a disease; or
- the diagnosis of a disease; or
- an injury caused by an accident;

which, while not needing an **emergency admission,** is severe enough to require confinement as an inpatient in a **hospital** within 2 weeks from the date the need for the confinement becomes apparent.

GAETA041

is being continued for a 29-month period is no longer disabled.

**B.   Continuation of Coverage Under Other Circumstances**

If coverage for a dependent would terminate due to:

- your death;
- your divorce;
- your ceasing to pay any required contributions for coverage as to a dependent spouse from whom you are legally separated;
- the dependent's ceasing to be a dependent child as defined under this Plan; or
- the dependent's loss of eligibility under this Plan because you become entitled to benefits under Medicare;

the dependent may elect to continue his or her own coverage. The election to continue coverage must be made within 60 days of the later to occur of the date coverage would terminate and the date your Employer informs your dependents, subject to any notice requirements in section D below, of their continuation rights under this section. The election must include an agreement to pay any required contribution.

Coverage for a dependent will terminate on the first to occur of:

- The end of a 36-month period after the date of the event which would have caused coverage to terminate.
- The date that the group contract discontinues in its entirety as to health expense coverage. However, continued coverage will be available to your dependents under another plan sponsored by your Employer.
- The date any required contributions are not made.
- The first day after the date of the election that the dependent is covered under another group health plan. However, continued coverage will not terminate until such time that the dependent is no longer affected by a preexisting condition exclusion or limitation under such other group health plan.
- The date the dependent becomes entitled to benefits under Medicare.

**C.   Multiple Qualifying Events**

- If coverage for you or your dependents is being continued for up to 18 months under section A, and during this 18-month period one of the qualifying events under the above section B occurs, this 18-month period may be increased. In no event will the total period of continuation provided under this provision for any dependent be more than 36 months.
- Such a qualifying event, however, will not act to extend coverage beyond the original 18-month period for any dependents who were added after the date continued coverage began.

**D.   Notice Requirements**

If coverage for you or your dependents:

- is being continued for 18 months in accordance with section A; and
- it is determined under Title II or XVI of the Social Security Act that you or your dependent was disabled on the date of the event in section A which would have caused coverage to terminate;

you or your dependent must notify your Employer of such determination within 60 days after the date of the determination, and within 30 days after the date of any final determination that you or your dependent is no longer disabled.

GAETA043

If coverage for a dependent would terminate due to:

- your divorce;
- your ceasing to pay any required contributions for coverage as to a dependent spouse from whom you are legally separated; or
- the dependent's ceasing to be a dependent child as defined under this Plan;

you or your dependent must provide notice to your Employer of the occurrence of the event. This notice must be given within 60 days after the later of the occurrence of the event and the date coverage would terminate due to the occurrence of the event.

**If notice is not provided within the above specified time periods, continuation under this section will not be available to you or your dependents.**

**E.  Other Continuation Provisions Under This Plan**

If this Plan contains any other continuation provisions which apply when health expense coverage would otherwise terminate, contact your Employer for a description of how the federal and other continuation provisions interact under this Plan.

**F.  Conversion**

If any coverage being continued under this section terminates because the end of the maximum period of continuation has been reached, any Conversion Privilege will be available at the end of such period on the same terms as are applicable upon termination of employment or upon ceasing to be in an eligible class.

Complete details of the federal continuation provisions may be obtained from your Employer.

GAETA044

# Table of Contents

Summary of Coverage ........................................................ Issued With Your Booklet

Health Expense Coverage ..................................................................................... 3

    Comprehensive Medical Expense Coverage ...................................................... 9

    Explanation of Some Important Plan Provisions ............................................... 13

    General Exclusions Applicable To Health Expense Coverage ........................ 16

Effect of Benefits Under Other Plans ................................................................. 20

General Information About Your Coverage ........................................................ 24

Glossary .............................................................................................................. 

(Defines the Terms Shown in Bold Type in the Text of This Document.)





The Plan described in the following pages of this Booklet is a benefit plan of the Employer. These benefits are not insured with Aetna Life Insurance Company ("Aetna") but will be paid from the Employer's funds. Aetna will provide certain administrative services under the Plan.

Booklet Base:    30
Issue Date:      June 1, 1995
Effective Date:  February 1, 1990

GAETA047

# Health Expense Coverage

Health Expense Coverage is expense-incurred coverage only and not coverage for the disease or injury itself. This means that this Plan will pay benefits only for expenses incurred while this coverage is in force. Except as described in any extended benefits provision, no benefits are payable for health expenses incurred before coverage has commenced or after coverage has terminated; even if the expenses were incurred as a result of an accident, injury or disease which occurred, commenced or existed while coverage was in force. An expense for a service or supply is incurred on the date the service or supply is furnished.

When a single charge is made for a series of services, each service will bear a pro rata share of the expense. The pro rata share will be determined by Aetna. Only that pro rata share of the expense will be considered to have been an expense incurred on the date of such service.

Aetna assumes no responsibility for the outcome of any covered services or supplies. Aetna makes no express or implied warranties concerning the outcome of any covered services or supplies.

# Comprehensive Medical Expense Coverage

Comprehensive Medical Expense Coverage is merely a name for the benefits in this section. It does not provide benefits covering expenses incurred for all medical care. There are exclusions, deductibles, copayment features and stated maximum benefit amounts. These are all described in the Booklet.

The Summary of Coverage outlines the Payment Percentages that apply to the Covered Medical Expenses described below.

**Covered Medical Expenses**

They are the expenses for certain **hospital** and other medical services and supplies. They must be for the treatment of an injury or disease.

Here is a list of Covered Medical Expenses.

## Hospital Expenses
*Inpatient Hospital Expenses*
Charges made by a **hospital** for giving **board and room** and other **hospital** services and supplies to a person who is confined as a full-time inpatient.

Not included is any **charge** for daily **board and room** in a private room over the Private Room Limit.

*Outpatient Hospital Expenses*
Charges made by a **hospital** for **hospital** services and supplies which are given to a person who is not confined as a full-time inpatient.

GAETA048

3

## Skilled Nursing Facility Expenses

Charges made by **a skilled nursing facility** for the following services and supplies. They must be furnished to a person while confined to convalesce from a disease or injury. The confinement must start during a "Convalescent Period".

- Board and room. This includes charges for services, such as general nursing care, made in connection with room occupancy. Not included is any **charge for daily board and room** in a private room over the Private Room Limit.
- Use of special treatment rooms.
- X-ray and lab work.
- Physical, occupational or speech therapy.
- Oxygen and other gas therapy.
- Other medical services usually given by a **skilled nursing facility**. This does not include private or special nursing, or **physicians** services.
- Medical supplies.

Benefits will be paid for up to the maximum number of days during any one Convalescent Period. A Convalescent Period ends when the person has not been confined in a **hospital, skilled nursing facility**, or other place giving nursing care for 90 days in a row.

### *Limitations To Skilled Nursing Facility Expenses*
This section does not cover charges made for treatment of:

- Drug addiction.
- Chronic brain syndrome.
- Alcoholism.
- Senility.
- Mental retardation.
- Any other mental disorder.

## Home Health Care Expenses

Home health care expenses are covered if:

- the charge is made by a **home health care agency**; and
- the care is given under a **home health care plan**; and
- the care is given to a person in his or her home.

Home health care expenses are charges for:

- Part-time or intermittent care by an **R.N.**, or by an **L.P.N.** if an **R.N.** is not available.
- Part-time or intermittent home health aide services for patient care.
- Physical, occupational and speech therapy.
- The following to the extent they would have been covered under this Plan if the person had been confined in a **hospital or skilled nursing facility**:

  medical supplies, drugs and medicines prescribed by a **physician**; and

  lab services provided by or for a **home health care agency**.

There is a maximum to the number of visits covered in a calendar year. Each visit by a nurse or therapist is one visit. Each visit of up to 4 hours by a home health aide is one visit.

GAETA049

### *Limitations To Home Health Care Expenses*
This section does not cover charges made for:

- Services or supplies that are not a part of the **home health care plan**.

4

- Services of a person who usually lives with you or is a member of your or your wife's or husband's family.
- Services of a social worker.
- Transportation.

Home health care expenses are subject to the Home Health Care Deductible shown on your Summary of Coverage.

---

**Routine Physical Exams**

The charges made by a **physician** for a routine physical exam given to you, your spouse, or your dependent child by a Preferred Care Provider may be included as Covered Medical Expenses. If charges made by a **physician** in connection with a routine physical exam given to a dependent child are Covered Medical Expenses under any other benefit section, no charges in connection with that physical exam will be considered Covered Medical Expenses under this section. A routine physical exam is a medical exam given by a **physician** for a reason other than to diagnose or treat a suspected or identified injury or disease. Included as a part of the exam are X-rays, lab and other tests given in connection with the exam.

For your dependent child:

- The physical exam must include at least:

   a review and written record of the patient's complete medical history;
   a check of all body systems; and
   a review and discussion of the exam results with the patient or with the parent or guardian.

- A physical exam may also include the materials for and the administration of immunizations for infectious disease and testing for tuberculosis.
- For all exams given to your dependent child under age 6, Covered Medical Expenses will not include charges for:

   more than 6 exams in the first year of the child's life;
   more than one exam in each year of life thereafter.

- For all exams given to you, your spouse, or your dependent child age 6 and over, Covered Medical Expenses will not include charges for more than one exam in a 24 consecutive month period.

Charges for child immunizations and Pap smears are covered if includes as part of the Routine Physical Exam.

Not covered are charges for:

- Services which are covered to any extent under any other group plan of your Employer.
- Services which are for diagnosis or treatment of a suspected or identified injury or disease.
- Exams given while the person is confined in a **hospital** or other facility for medical care.
- Services which are not given by a **physician** or under his or her direct supervision.
- Medicines, drugs, appliances, equipment, or supplies.
- Psychiatric, psychological, personality or emotional testing or exams.
- Exams in any way related to employment.
- Premarital exams.
- Vision, hearing or dental exams.
- A **physician's** office visit in connection with immunizations or testing for tuberculosis.

GAETA050