| | |
|---|---|
| **Diagnostic Laboratory and X-ray Expense Benefit** | This Plan pays for charges made by a **physician** for lab and x-ray services in giving and interpreting a diagnostic lab or x-ray exam.<br><br>Charges made for these are not covered:<br><br>An exam made in or through a **hospital**, unless:<br><br>• it is made during outpatient care; and<br>• no other benefit is paid for it under this Plan.<br><br>A dental x-ray, unless it is in connection with an injury. |
| **Supplementary Accident Expense Benefit** | This Plan pays for charges made for the services shown below for the treatment of an injury. (The injury must have occurred while a person was covered.)<br><br>• **Hospital**, surgical and medical services.<br>• Services of an **R.N.**<br>• Professional ambulance service when used to transport a person from the place where he is injured to the first **hospital** where treatment is given.<br><br>The most that will be paid for all treatments of a person's injuries that result from one accident is the Accident Maximum.<br><br>No benefits are paid for any charges made for services given more than 90 days after the accident that caused the injury. |
| **Second Surgical Opinion Expenses** | Charges of a **physician** for a second surgical opinion on the need or advisability of performing a surgical or oral surgical procedure:<br><br>• for which the charges are a Covered Medical Expense; and<br>• which is recommended by the first **physician** who proposed to perform the surgery; and<br>• which is not for an **emergency condition**.<br><br>A benefit is also paid for charges made for a third surgical opinion, subject to any applicable deductible and coinsurance. This will be done when the second one does not confirm the recommendation of the first **physician** who proposed to perform the surgery.<br><br>A surgical opinion is:<br><br>• an exam of the person; and<br>• x-ray and lab work; and<br>• a written report by the **physician** who renders the opinion.<br><br>The surgical opinion must both:<br><br>• be performed by a **physician** who is certified by the American Board of Surgery or other specialty board; and<br>• take place before the date the proposed surgery is scheduled to be done.<br><br>Benefits are not paid for a surgical opinion if the **physician** who renders the surgical opinion is associated or in practice with the first **physician** who recommended and proposed to perform the surgery. |

GAETA051

6

| | |
|---|---|
| **Preoperative Testing Expenses** | Charges made by a **hospital**, **surgery center**, licensed diagnostic lab facility, or **physician**, in its own behalf, to test a person while an outpatient before scheduled surgery if:<br><br>• the tests are related to the scheduled surgery;<br>• the tests are done within the 4 days prior to the scheduled surgery;<br>• the person undergoes the scheduled surgery in a **hospital** or **surgery center**; this does not apply if the tests show that surgery should not be done because of his physical condition;<br>• the charge for the surgery is a Covered Medical Expense under this Plan;<br>• the tests are done while the person is not confined as an inpatient in a **hospital**;<br>• the charges for the tests would have been covered if the person was confined as an inpatient in a **hospital**;<br>• the test results appear in the person's medical record kept by the **hospital** or **surgery center** where the surgery is to be done; and<br>• the tests are not repeated in or by the **hospital** or **surgery center** where the surgery is done.<br><br>If the person cancels the scheduled surgery, benefits are paid at the payment percentage that would have applied in the absence of this benefit. |
| **Outpatient Surgical Expenses** | Charges made in its own behalf by:<br><br>• A **surgery center**; or<br>• The outpatient department of a **hospital**;<br>for Outpatient Services and Supplies furnished in connection with a surgical procedure performed in the center or in a **hospital**. The procedure must meet these tests:<br><br>• It is not expected to:<br><br>    result in extensive blood loss;<br>    require major or prolonged invasion of a body cavity; or<br>    involve any major blood vessels.<br><br>• It can safely and adequately be performed only in a **surgery center** or in a **hospital**.<br>• It is not normally performed in the office of a **physician** or a **dentist**.<br><br>*Outpatient Services and Supplies*<br>These are services and supplies furnished by the center or by a **hospital** on the day of the procedure.<br><br>*Limitations*<br>No benefit is paid for charges incurred while the person is confined as a full-time inpatient in a **hospital**. |

GAETA052

**Birthing Center Expenses**

This Plan will pay a benefit for the charges made by a **birthing center**, in its own behalf, for services and supplies furnished to a person for:

- prenatal care;
- delivery of a child or children; and
- postpartum care rendered within 24 hours after the delivery.

Not included are charges incurred in connection with a pregnancy for which pregnancy-related expenses are not included as a Covered Medical Expense.

**Other Medical Expenses**

- Charges made by a **physician**.
- Charges made by a **R.N.** or **L.P.N.** or a nursing agency for skilled nursing care.

    As used here, "skilled nursing care" means these services:

    Visiting nursing care by a **R.N.** or **L.P.N.** Visiting nursing care means a visit of not more than 4 hours for the purpose of performing specific skilled nursing tasks.

    Private duty nursing by a **R.N.** or **L.P.N.** if the person's condition requires skilled nursing services and visiting nursing care is not adequate.

    Not included as "skilled nursing care" is:

    that part or all of any nursing care that does not require the education, training and technical skills of a **R.N.** or **L.P.N.**; such as transportation, meal preparation, charting of vital signs and companionship activities; or

    any private duty nursing care, given while the person is an inpatient in a **hospital** or other health care facility; or

    care provided to help a person in the activities of daily life; such as bathing, feeding, personal grooming, dressing, getting in and out of bed or a chair, or toileting; or

    care provided solely for skilled observation except as follows:

    for no more than one 4 hour period per day for a period of no more than 10 consecutive days following the occurrence of:

    change in patient medication;
    need for treatment of an **emergency condition** by a **physician**, or the onset of symptoms indicating the likely need for such treatment;
    surgery;
    release from inpatient confinement; or

    any service provided solely to administer oral medicines; except where applicable law requires that such medicines be administered by a **R.N.** or **L.P.N.**

- Charges for the following:

    Drugs and medicines which by law need a **physician's** prescription.
    Diagnostic lab work and x-rays.
    X-ray, radium and radioactive isotope therapy.
    Anesthetics and oxygen.
    Rental of durable medical or surgical equipment.

GAETA053

The initial purchase of such equipment and accessories needed to operate it; this is covered only if Aetna is shown that:

long term use is planned; and
the equipment cannot be rented; or
it is likely to cost less to buy it than to rent it.

Repair or replacement of such purchased equipment and accessories. Replacement will be covered only if Aetna is shown that:

it is needed due to a change in the person's physical condition; or
it is likely to cost less to buy a replacement than to repair the existing equipment or to rent like equipment.

Not included are charges for more than one item of equipment for the same or similar purpose.

"Durable Medical and Surgical Equipment" is equipment that is:

made to withstand prolonged use;
made for and mainly used in the treatment of a disease or injury;
suited for use in the home;
not normally of use to persons who do not have a disease or injury;
not for use in altering air quality or temperature;
not for exercise or training.

Artificial limbs and eyes. These are not included: eye exams and eyeglasses; hearing aids; orthopedic shoes or other devices to support the feet.

Professional ambulance service to transport a person from the place where he is injured or stricken by disease to the first hospital where treatment is given.

---

**Explanation of Some Important Plan Provisions**

**Calendar Year**
This is a period of 365 consecutive days beginning on January 1st.

**Calendar Year Deductible**
This is the amount of Covered Medical Expenses you pay each calendar year before benefits are paid. There is a Calendar Year Deductible that applies to each person.
An expense incurred in the last 3 months of a calendar year which is applied against a person's Calendar Year Deductible will reduce his or her Calendar Year Deductible for the next year.

**Limitations**

**Mouth, Jaws and Teeth**
Expenses for the treatment of the mouth, jaws, and teeth are Covered Medical Expenses, but only those for:

- services rendered; and
- supplies needed;

for the following treatment of or related to conditions of the:

- teeth, mouth, jaws, jaw joints; or
- supporting tissues (this includes bones, muscles, and nerves).

For these expenses, "**physician**" includes a **dentist**.

GAETA054

9

Hospital services and supplies received for an inpatient hospital confinement required because of the person's condition.

Surgery needed to:

- Treat a fracture, dislocation, or wound.
- Cut out cysts, tumors, or other diseased tissues.
- Alter the jaw, jaw joints, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement.

Non-surgical treatment of infections or diseases. This does not include those of or related to the teeth.

Dental work, surgery and **orthodontic treatment** needed to remove, repair, replace, restore or reposition:

- natural teeth damaged, lost, or removed; or
- other body tissues of the mouth fractured or cut;

due to injury. The accident causing the injury must occur while the person is covered under this Plan.

Any such teeth must have been:

- free from decay; or
- in good repair; and
- firmly attached to the jaw bone at the time of the injury.

The treatment must be done in the calendar year of the accident or the next one.

If:

- crowns (caps); or
- dentures (false teeth); or
- bridgework; or
- in-mouth appliances;

are installed due to such injury, Covered Medical Expenses include only charges for:

- the first denture or fixed bridgework to replace lost teeth;
- the first crown needed to repair each damaged tooth; and
- an in-mouth appliance used in the first course of **orthodontic treatment** after the injury.

Except as provided for injury, not included are charges:

- for in-mouth appliances, crowns, bridgework, dentures, tooth restorations, or any related fitting or adjustment services; whether or not the purpose of such services or supplies is to relieve pain;
- for root canal therapy;
- for routine tooth removal (not needing cutting of bone).

Not included are charges:

- to remove, repair, replace, restore or reposition teeth lost or damaged in the course of biting or chewing;
- to repair, replace, or restore fillings, crowns, dentures or bridgework;
- for periodontal treatment;
- for dental cleaning, in-mouth scaling, planing or scraping;

GAETA055

- for myofunctional therapy; this is:

    muscle training therapy; or
    training to correct or control harmful habits.

### Certification For Hospital Admissions

If:

- a person becomes confined in a **hospital** as a full-time inpatient; and
- it has not been certified that such confinement (or any day of such confinement) is **necessary**;

Covered Medical Expenses incurred on any day not certified during the confinement will be paid as follows:

- As to Hospital Expenses incurred during the confinement:

    If certification has been requested and denied:

       No benefits will be paid for Hospital Expenses incurred for board and room.
       Benefits for all other Hospital Expenses will be paid at the Payment Percentage.

    If certification has not been requested and the confinement (or any day of such confinement) is not **necessary**:

       No benefits will be paid for Hospital Expenses incurred for board and room.

       As to all other Hospital Expenses:

          Expenses, up to the Excluded Amount, will not be deemed to be Covered Medical Expenses.

          Benefits for such expenses in excess of the Excluded Amount will be paid at the Payment Percentage.

    If certification has not been requested and the confinement (or any day of such confinement) is **necessary**:

       Hospital Expenses, up to the Excluded Amount, will not be deemed to be Covered Medical Expenses.

       Benefits for all other Hospital Expenses will be payable at the Payment Percentage.

- As to other Covered Medical Expenses:

    Benefits will be paid at the Payment Percentage.

Whether or not a day of confinement is certified, no benefit will be paid for expenses incurred on any day of confinement as a full-time inpatient if excluded by any other terms of this Plan; except that, if certification has been given for a day of confinement, the exclusion of services and supplies because they are not **necessary** will not be applied to expenses for **hospital** room and board.

Certification of days of confinement can be obtained as follows:

   If the admission is a **non-urgent admission**, you must get the days certified by calling the number shown on your ID card. This must be done at least 14 days before the date the person is scheduled to be confined as a full-time inpatient. If the admission is an

GAETA056

emergency or an **urgent admission**, you, the person's **physician**, or the **hospital** must get the days certified by calling the number shown on your ID card. This must be done:

- before the start of a confinement as a full-time inpatient which requires an **urgent admission**; or
- not later than 48 hours following the start of a confinement as a full-time inpatient which requires an **emergency admission**; unless it is not possible for the **physician** to request certification within that time. In that case, it must be done as soon as reasonably possible. In the event the confinement starts on a Friday or Saturday, the 48 hour requirement will be extended to 72 hours.

Hospital room and board charges incurred between Friday noon and Sunday noon will not be covered for you or your dependents admitted to the hospital during that period unless medical care is administered during that period and the admitting physician is in attendance.

If, in the opinion of the person's **physician**, it is necessary for the person to be confined for a longer time than already certified, you, the **physician**, or the **hospital** may request that more days be certified by calling the number shown on your ID card. This must be done no later than on the last day that has already been certified.

Written notice of the number of days certified will be sent promptly to the **hospital**. A copy will be sent to you and to the **physician**.

## Confinements For Treatment of Alcoholism Or Drug Abuse

Certain expenses for the treatment shown below are Covered Medical Expenses.

If a person is a full-time inpatient either:

- in a **hospital**; or
- in a **treatment facility**;

then the coverage is as shown below.

### *Hospital*
Expenses for the following are covered:

- Treatment of the medical complications of alcoholism or drug abuse. This means things such as cirrhosis of the liver, delirium tremens or hepatitis.


GAETA057

- **Effective treatment of alcoholism or drug abuse.** This is covered only if there is not a separate **treatment facility** section.

*Treatment Facility*
Certain expenses for the **effective treatment of alcoholism or drug abuse** are covered. The expenses covered are those for:

- Board and room. Not covered is any **charge for daily board and room** in a private room over the Private Room Limit.
- Other **necessary** service and supplies.

### Mental Disorders

Expenses for the treatment of a **mental disorder** are Covered Medical Expenses to the extent shown below.

If a person is a full-time inpatient in a **hospital**: These expenses are covered in the same way as those for any other disease.

A Special Outpatient Calendar Year Maximum applies for each person.

# General Exclusions

**General Exclusions Applicable To Health Expense Coverage**

Coverage is not provided for the following charges:

- Those for services and supplies not **necessary**, as determined by Aetna, for the diagnosis, care or treatment of the disease or injury involved. This applies even if they are prescribed, recommended or approved by the person's attending **physician** or **dentist**.
- Those for care, treatment, services or supplies that are not prescribed, recommended and approved by the person's attending **physician** or **dentist**.
- Those for or in connection with services or supplies that are, as determined by Aetna, to be experimental or investigational. A drug, a device, a procedure or treatment will be determined to be experimental or investigational if:

    there are insufficient outcomes data available from controlled clinical trials published in the peer reviewed literature to substantiate its safety and effectiveness for the disease or injury involved; or

    if required by the FDA, approval has not been granted for marketing; or

    a recognized national medical or dental society or regulatory agency has determined, in writing, that it is experimental, investigational or for research purposes; or

    the written protocol or protocols used by the treating facility or the protocol or protocols of any other facility studying substantially the same drug, device, procedure or treatment or the written informed consent used by the treating facility or by another facility studying the same drug, device, procedure or treatment states that it is experimental, investigational or for research purposes.

GAETA058



However, this exclusion will not apply with respect to services or supplies (other than drugs) received in connection with a disease; if Aetna determines that:

> the disease can be expected to cause death within one year, in the absence of effective treatment; and
>
> the care or treatment is effective for that disease or shows promise of being effective for that disease as demonstrated by scientific data. In making this determination Aetna will take into account the results of a review by a panel of independent medical professionals. They will be selected by Aetna. This panel will include professionals who treat the type of disease involved.

Also, this exclusion will not apply with respect to drugs that:

> have been granted treatment investigational new drug (IND) or Group c/treatment IND status; or
>
> are being studied at the Phase III level in a national clinical trial sponsored by the National Cancer Institute;

if Aetna determines that available scientific evidence demonstrates that the drug is effective or shows promise of being effective for the disease.
- Those for or related to services, treatment, education testing or training related to learning disabilities or developmental delays.
- Those for care furnished mainly to provide a surrounding free from exposure that can worsen the person's disease or injury.
- Those for or related to the following types of treatment: primal therapy; rolfing; psychodrama; megavitamin therapy; bioenergetic therapy; vision perception training or carbon dioxide therapy.
- Those for treatment of covered health care providers who specialize in the mental health care field and who receive treatment as a part of their training in that field.
- Those for services of a resident **physician** or intern rendered in that capacity.
- Those to the extent they are not **reasonable charges**, as determined by Aetna.
- Those that are made only because there is health coverage.
- Those that a covered person is not legally obliged to pay.
- Those, as determined by Aetna, to be for **custodial care**.
- Those for services and supplies:

    Furnished, paid for, or for which benefits are provided or required by reason of the past or present service of any person in the armed forces of a government.

    Furnished, paid for or for which benefits are provided or required under any law of a government. (This does not include a plan established by a government for its own employees or their dependents or Medicaid.)

- Those for or related to any eye surgery mainly to correct refractive errors.
- Those for education or special education or job training whether or not given in a facility that also provides medical or psychiatric treatment.
- Those for plastic surgery, reconstructive surgery, cosmetic surgery or other services and supplies which improve, alter or enhance appearance, whether or not for psychological or emotional reasons; except to the extent needed to:

    Improve the function of a part of the body that:

    > is not a tooth or structure that supports the teeth;

GAETA059

is malformed:

> as a result of a severe birth defect; this includes harelip or webbed fingers or toes;
>
> as a direct result of:
>
> > disease; or
> > surgery performed to treat a disease or injury.

Repair an injury which occurs while the person is covered under this Plan. Surgery must be performed:

> in the calendar year of the accident which causes the injury; or
> in the next calendar year.

- Those that are for therapy or for supplies or for counseling for sexual dysfunctions or inadequacies that do not have a physiological or organic basis.
- Those for or related to sex change surgery or to any treatment of gender identity disorders.
- Those for or related to artificial insemination, in vitro fertilization or embryo transfer procedures.
- Those for the reversal of a sterilization procedure.
- Those for routine physical exams, routine vision exams, routine dental exams, routine hearing exams, immunizations or other preventive services and supplies.
- Those for or in connection with marriage, family, child, career, social adjustment, pastoral or financial counseling.
- Those for acupuncture therapy. Not excluded is acupuncture when it is:

    performed by a **physician**; and
    as a form of anesthesia in connection with surgery that is covered under this Plan.

- Those for or in connection with speech therapy. This exclusion does not apply to charges for speech therapy that is expected to restore speech to a person who has lost existing speech function (the ability to express thoughts, speak words, and form sentences) as the result of a disease or injury.

Any exclusion above will not apply to the extent that:

- coverage is specifically provided by name in your Booklet; or
- coverage of the charges is required under any law that applies to the coverage.

These excluded charges will not be used when figuring benefits.

The law of the jurisdiction where a person lives when a claim occurs may prohibit some benefits. If so, they will not be paid.

GAETA060

**EXHIBIT 4**

Case 1:04-cv-12331-RWZ    Document 4-3    Filed 11/12/2004    Page 11 of 17

# Amendment to Plan of Benefits

**For Employees of:** Trans World Airlines, Inc.
**Administrative Services Contract No.:** 652100

Effective on the dates specified below, the following changes have been made to your Booklet.

*Effective January 1, 1998:*

With respect to all employees, the calendar year maximum of $2,500 and the lifetime maximum on Mental Disorder treatment no longer apply. A calendar year maximum of 35 visits, however, does apply.

*Effective September 1, 1998:*

With respect to all active and retired pilots:
1.) The following subsection has been added to your Comprehensive Medical Expense Coverage section of your Booklet Certificate:

**Hospice Care Expenses**
Charges made for the following furnished to a person for **Hospice Care** when given as a part of a **Hospice Care Program** are included as Covered Medical Expenses.

*Facility Expenses*
The charges made in its own behalf by a:

- hospice facility;
- hospital;
- convalescent facility;

which are for:

- Board and room and other services and supplies furnished to a person while a full-time inpatient for:

    pain control; and

    other acute and chronic symptom management.
- Not included is any **charge** for daily **board and room** in a private room over the Private Room Limit.
- Services and supplies furnished to a person while not confined as a full-time inpatient.

*Other Expenses*
Charges made by a **Hospice Care Agency** for:

- Part-time or intermittent nursing care by a **R.N.** or **L.P.N.** for up to 8 hours in any one day.
- Medical social services under the direction of a **physician**. These include:

    assessment of the person's:

    social, emotional, and medical needs; and

GAETA061

the home and family situation;

identification of the community resources which are available to the person; and

assisting the person to obtain those resources needed to meet the person's assessed needs.

- Psychological and dietary counseling.
- Consultation or case management services by a **physician**.
- Physical and occupational therapy.
- Part-time or intermittent home health aide services for up to 8 hours in any one day. These consist mainly of caring for the person.
- Medical supplies.
- Drugs and medicines prescribed by a **physician**.

Charges made by the providers below, but only if: the provider is not an employee of a **Hospice Care Agency**; and such Agency retains responsibility for the care of the person.

- A **physician** for consultant or case management services.
- A physical or occupational therapist.

- A **Home Health Care Agency** for:

    physical and occupational therapy;

    part-time or intermittent home health aide services for up to 8 hours in any one day; these consist mainly of caring for the person;

    medical supplies;

    drugs and medicines prescribed by a **physician**; and

    psychological and dietary counseling.

Not more than the Hospice Lifetime Maximum of $10,000 will be paid for all Hospice Care Expenses incurred while the person is not confined as a full-time inpatient.

Not included are charges made:

- For bereavement counseling.
- For funeral arrangements.
- For pastoral counseling.
- For financial or legal counseling. This includes estate planning and the drafting of a will.
- For homemaker or caretaker services. These are services which are not solely related to care of the person. These include: sitter or companion services for either the person who is ill or other members of the family; transportation; housecleaning; and maintenance of the house.
- For respite care. This is care furnished during a period of time when the person's family or usual caretaker cannot, or will not, attend to the person's needs.

2.) The following subsections have been added to the Limitations section of your Booklet Certificate:

GAETA062

**Routine Physical Exams**
The charges made by a **physician** for a routine physical exam given to you, your spouse, or your dependent child may be included as Covered Medical Expenses. If charges made by a physician in connection with a routine physical examination to a dependent are Covered Medical Expenses under Covered Medical Expenses under this section. A that physical exam will be considered Covered Medical Expenses under this section. A

routine physical exam is a medical exam given by a **physician** for a reason other than to diagnose or treat a suspected or identified injury or disease. Included as a part of the exam are:

- X-rays, lab and other tests given in connection with the exam; and
- materials for the administration of immunizations for infectious disease and testing for tuberculosis.

For your dependent child:

- The physical exam must include at least:

    a review and written record of the patient's complete medical history;

    a check of all body systems; and

    a review and discussion of the exam results with the patient or with the parent or guardian.
- For all exams given to your dependent child under age 6, Covered Medical Expenses will not include charges for:

    more than 6 exams performed during the first year of the child's life;

    more than 3 exams performed during the second year of the child's life; and

    more than two exams per year during the next 4 years of the child's life.
- For all exams given to your dependent child age 6 and over, Covered Medical Expenses will not include charges for more than one exam in 12 months in a row.

For all exams given to you and your spouse, Covered Medical Expenses will not include charges for more than:

- one exam in 24 months in a row, if the person is under age 65; and
- one exam in 12 months in a row, if the person is age 65 or over.

Also included as Covered Medical Expenses are charges made by a **physician** for one annual routine gynecological exam and proctosigmoidoscopy.

Not covered are charges for:

- Services which are covered to any extent under any other group plan of your Employer.
- Services which are for diagnosis or treatment of a suspected or identified injury or disease.
- Exams given while the person is confined in a **hospital** or other facility for medical care.
- Services which are not given by a **physician** or under his or her direct supervision.
- Medicines, drugs, appliances, equipment, or supplies.
- Psychiatric, psychological, personality or emotional testing or exams.
- Exams in any way related to employment.
- Premarital exams.
- Vision, hearing or dental exams.
- A **physician's** office visit in connection with immunizations or testing for tuberculosis.

### Mammograms and Routine Pap Smears

Covered Medical Expenses include charges incurred for:

- a mammogram; and
- a routine Pap smear;

GAETA063

as follows:

***Mammograms***

Charges incurred for a mammogram in connection with a disease or injury are included as Covered Medical Expenses.

Charges incurred for a routine mammogram are included as Covered Medical Expenses even though not incurred in connection with a disease or injury.

***Routine Pap Smears***

Even though not incurred in connection with a disease or injury, Covered Medical Expenses include charges incurred for:

- one routine gynecological exam each calendar year; and
- an annual routine Pap smear.

3.) The Recognized Charge has been changed as follows. Recognized Charge Percentage: The charge determined by Aetna on a semiannual basis to be in the 95th percentile of the charges made for a service or supply by providers in the geographic area where it is furnished.

4.) The Calendar Year Maximum visits for Home Health Care has been changed to 60 visit.

5.) Prescription Drug coverage only applies to drugs received while a hospital inpatient.

*Effective July 1, 1999:*

1.) With respect to:
- Management and Non-Management employees who retired on or after November 1, 1994 and before July 31, 1999, IAM, Passenger Service and Flight Attendants who retired on or after November 1, 1994 and before July 31, 1999, Dispatchers who retired on or after November 1, 1994 and before February 28, 1999, Pilots who retired on or after November 1, 1994 and before August 31, 1998.
- Mechanics and all other employees represented by the IAM and Passenger Service employees who retired prior to August 1, 1999 who are out of area.
- Flight Attendants who retired on or after November 1, 1994 and prior to August 1, 1999 and who are out of area.
- Active and retired Dispatchers who retired on or after March 1, 1999 and who are out of area.
- Out of Area, Retired Management and Non-Management who retired prior to August 1, 1999 and Out of Area Dispatchers who retired after November 1, 1994 and prior to March 1, 1999:

The Recognized Charge has been changed as follows. Recognized Charge Percentage: The charge determined by Aetna on a semiannual basis to be in the 90th percentile of the charges made for a service or supply by providers in the geographic area where it is furnished.

2.) With respect to IAM employees who retired prior to November 1, 1981 and Flight Attendants who retired prior to August 1, 1981, the following now applies to your Basic Medical Coverage:

GAETA064

## Certification Requirement

If you or one of your dependents require confinement in a hospital:

Days in the hospital must be certified if full plan benefits are to be available.

As soon as you or one of your dependents know confinement will be required, read the Health Expense Coverage section of the Booklet-Certificate for details on how to get the certification.

Certification For Hospital Admissions  
Excluded Amount                                $ 300

## Certification For Hospital Admissions

If:

- a person becomes confined in a **hospital** as a full-time inpatient; and
- it has not been certified that such confinement (or any day of such confinement) is **necessary**;

expenses incurred on any day not certified during the confinement will be paid as follows:

As to **hospital** expenses incurred during the confinement:

- If certification has been requested and denied:

    No benefits will be paid under Basic Medical Expense Coverage and Major Medical Expense Coverage for **hospital** expenses incurred for board and room. Benefits for all other hospital expenses will be paid on the same terms as would apply in the absence of this Certification for **Hospital Admissions**.

- If certification has not been requested and the confinement (or any day of such confinement) is not **necessary**:

    No benefits will be paid under Basic Medical Expense Coverage for **hospital** expenses incurred for board and room.

    As to all other **hospital** expenses for which a benefit would otherwise be payable:

    Such expenses, up to the Excluded Amount, will not be covered under Basic Medical Expense Coverage. The Excluded Amount will not be deemed to be a Covered Medical Expense under Major Medical Expense Coverage.

    Benefits for such expenses in excess of the Excluded Amount will be paid on the same terms as would apply in the absence of this Certification for **Hospital Admissions**.

- If certification has not been requested and the confinement (or any day of such confinement) is **necessary**:

    **Hospital** expenses for which a benefit would otherwise be payable, up to the Excluded Amount, will not be covered under Basic Medical Expense Coverage. The Excluded Amount will not be deemed to be a Covered Medical Expense under Major Medical Expense Coverage.

    Benefits for all other **hospital** expenses will be paid on the same terms as would apply in the absence of this Certification for **Hospital** Admissions.

As to all other expenses incurred during the confinement:

- Benefits will be paid on the same terms as would apply in the absence of this Certification for **Hospital Admissions**.

Whether or not a day of confinement is certified, no benefits will be paid for expenses incurred on any day of confinement as a full-time inpatient if excluded by any other term

GAETA065

of this Plan; except that, if certification has been given for a day of confinement, the exclusion of services and supplies because they are not **necessary** will not be applied to expenses for **hospital** room and board.

Certification of days of confinement can be obtained as follows:

If the admission is a **non-urgent admission**, you must get the days certified by calling the number shown on your ID card. This must be done at least 14 days before the date the person is scheduled to be confined as a full-time inpatient. If the admission is an **emergency** or an **urgent admission**, you, the person's **physician**, or the **hospital** must get the days certified by calling the number shown on your ID card. This must be done:

- before the start of a confinement as a full-time inpatient which requires an **urgent admission**; or
- not later than 48 hours following the start of a confinement as a full-time inpatient which requires an **emergency admission**; unless it is not possible for the **physician** to request certification within that time. In that case, it must be done as soon as reasonably possible. In the event the confinement starts on a Friday or Saturday, the 48 hour requirement will be extended to 72 hours.

If, in the opinion of the person's **physician**, it is necessary for the person to be confined for a longer time than already certified, you, the **physician**, or the **hospital** may request that more days be certified by calling the number shown on your ID card. This must be done no later than on the last day that has already been certified.

Written notice of the number of days certified will be sent promptly to the **hospital**. A copy will be sent to you and to the **physician**.

3.) With respect to IAM employees who retired prior to November 1, 1981 and Flight Attendants who retired prior to August 1, 1981, the following now applies to your Major Medical Expense Coverage:

## Certification For Hospital Admissions

If:

- a person becomes confined in a **hospital** as a full-time inpatient; and
- it has not been certified that such confinement (or any day of such confinement) is **necessary**;

Covered Medical Expenses incurred on any day not certified during the confinement will be paid as follows:

- As to Hospital Expenses incurred during the confinement:

    If certification has been requested and denied:

    No benefits will be paid for Hospital Expenses incurred for board and room.

    Benefits for all other Hospital Expenses will be paid at the Payment Percentage.

    If certification has not been requested and the confinement (or any day of such confinement) is not **necessary**:

    No benefits will be paid for Hospital Expenses incurred for board and room.

    As to all other Hospital Expenses:

    Expenses, up to the Excluded Amount, will not be deemed to be Covered Medical Expenses.

    Benefits for such expenses in excess of the Excluded Amount will be paid at the Payment Percentage.

GAETA066