UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIANA GAETA a/k/a DIANA MAE GAETA,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>AETNA HEALTH, INC. f/k/a AETNA U.S. HEALTHCARE, INC. f/k/a U.S. HEALTHCARE, INC.,<br><br>Third-Party Defendant. | Civil Action No. 04-12331-RWZ |

## CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT AETNA HEALTH, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Aetna Health, Inc. submits the following as its Corporation Disclosure Statement:

1. The filing party, a nongovernmental corporation, identifies the following parent company, which is a publicly held corporation, that controls the filing party, directly or through others, or which own 10% or more of the party's stock: Aetna Inc., a corporation organized under the laws of the State of Pennsylvania.

2. The filing party identifies the following publicly held corporations with which a merger agreement with the party exists: none.

-1-

3.      Aetna Inc., a corporation organized under the laws of the State of Pennsylvania is the parent company of third-party defendant Aetna Health, Inc.

                                  AETNA HEALTH, INC. f/k/a
                                  AETNA U.S. HEALTH CARE,
                                  INC. f/k/a U.S. HEALTHCARE INC.
                                  By its attorneys,

                                  Edward P. O'Leary, BBO# 551932
                                  Fitzhugh, Parker & Alvaro LLP
                                  155 Federal Street, Suite 1700
                                  Boston, MA 02110
                                  (617) 695-2330

Dated: November 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of November served a copy of the above document on counsel of record, as set forth below, by first-class mail, postage prepaid.

Wayne A. Perkins, Esquire         Erika Soong, Esq.
403 Highland Avenue               Daniels Law Offices, P.C.
Somerville, MA 02144            One Center Plaza
                                      Boston, MA 02108

                                  Edward P. O'Leary