UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO: 04-12331-RWZ

2004 NOV 24  A 11: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE GENERAL HOSPITAL CORPORATION,<br>Plaintiff | ) <br>)<br>) |
| v. | )<br>) |
| DIANA GAETA a/k/a DIANA MAE GAETA,<br>Defendant/Third-Party Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| AETNA HEALTH, INC. f/k/a AETNA U.S.<br>HEALTHCARE, INC. f/k/a U.S. HEALTHCARE,<br>INC.,<br>Third-Party Defendant | )<br>)<br>)<br>) |

04cv 12331RWZ

### STIPULATION OF DISMISSAL - WITH PREJUDICE

The Defendant/Third-Party Plaintiff, Diana Gaeta a/k/a Diana Mae Gaeta and the Third-Party Defendant, Aetna Health, Inc. f/k/a Aetna U.S. Healthcare, Inc. f/k/a U.S. Healthcare, Inc. do hereby stipulate that the above-entitled Complaint be dismissed, with prejudice and without interest and costs.

Diana Gaeta a/k/a Diana Mae Gaeta,
By her Attorney,

_____
Wayne A. Perkins, Esq.
403 Highland Avenue
Somerville, MA 02144
(617)628-1117
B.B.O. No: 394740

Aetna Health, Inc. f/k/a, et. al.,
By their Attorney,

_____
Edward P. O'Leary, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street/Suite 1700
Boston, MA 02110
(617)695-2330
B.B.O. No: 551932

DATE: November 24, 2004

## *CERTIFICATE OF SERVICE*

I, Wayne A. Perkins, Esq., 403 Highland Avenue, Somerville, MA 02144, do

hereby certify that on November 24, 2004, I served a copy of a Stipulation of Dismissal -

With Prejudice and Notice of Appearance, via first class mail, postage prepaid, to:

Edward P. O'Leary, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street/Suite 1700
Boston, MA 02110

Erika G. Soong, Esq.
Daniels Law Office, P.C.
One Center Plaza
Boston, MA 02108-1801

Executed on this 24th day of November, 2004.

_____
Wayne A. Perkins, Esq.